**Opinion issued September 9, 2014**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-14-00712-CV

————————————

## IN RE FELICIA NICOLE JONES, Relator

———————————————————————————

### Original Proceeding on Petition for Writ of Mandamus

———————————————————————————

### MEMORANDUM OPINION[*]

On August 26, 2014, relator, Felicia Nicole Jones, filed a petition for a writ

of mandamus. We **deny** relator's petition for writ of mandamus. All outstanding

motions are **dismissed as moot**.

---

[*]     The underlying case is *Felicia Nicole Jones v. Macy's et al.*, in the 239th District Court of Brazoria County, Cause No. 74030.

## PER CURIAM

Panel consists of Justices Massengale, Brown, and Huddle.